UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL R. PEEVEY, GEOFFREY F. BROWN, SUSAN P. KENNEDY, DIAN M. GRUENEICH, AND JOHN BOHN in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals,<br><br>       Defendants,<br><br>and<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, INC., MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC,<br><br>       Intervenors/Defendants. | CASE NO. C 03-02838 TEH<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING FOR BRIEFING AND HEARING ON VERIZON CALIFORNIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND FOR CASE MANAGEMENT CONFERENCE** |

1  WHEREAS, on September 12, 2005, Plaintiff Verizon California Inc. ("Verizon
2  California") filed a Motion of Partial Summary Judgment in the above-entitled action and
3  scheduled the hearing for 10:00 a.m. on October 24, 2005;
4  WHEREAS, the Court has scheduled a case management conference in the above-
5  entitled action for 1:30 p.m. on October 24, 2005;
6  WHEREAS, the parties in the above-entitled action jointly request that the date for
7  the hearing on the Verizon California's Motion for Partial Summary Judgment be moved to
8  November 7, 2005, that the briefing schedule be revised as set forth below, and that the case
9  management conference be held at the same time as the hearing on the Motion for Partial
10 Summary Judgment.
11 THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and
12 thorough their respective counsel, as follows:
13 1.  The hearing date for Verizon California's Motion for Partial Summary
14 Judgment shall be rescheduled to occur at 10:00 a.m. on November 7, 2005.
15 2.  Opposition briefing on Verizon California's Motion for Partial Summary
16 Judgment shall be filed on or before October 11, 2005.
17 3.  Verizon California's reply brief in support of its Motion for Partial
18 Summary Judgment shall be filed on or before October 24, 2005.
19 4.  The case management conference shall take place on November 7, 2005,
20 immediately following the hearing on the Motion for Partial Summary Judgment, and the parties
21 shall submit a joint status conference statement not less than seven days in advance.

Dated: September 24, 2005

*[signature]*
BURTON A. GROSS
MUNGER, TOLLES & OLSON LLP

Attorneys for Plaintiff VERIZON
CALIFORNIA INC.

IT IS SO ORDERED
*[signature]*
Judge Thelton E. Henderson

10/03/05

1129475.1

STIP. & [PROP] ORDER RE SCHEDULING OF
BRIEFING/HEARING ON MOTION FOR
PARTIAL SUM. JUDGMT; C 03-02838 TEH

| | | |
|---|---|---|
| 1 | Dated: September 29, 2005 | *Kim Lippi (by)* |
| 2 | | KIM LIPPI |
| | | CALIFORNIA PUBLIC UTILITIES |
| 3 | | COMMISSION |
| 4 | | Attorney for Defendants COMMISSIONERS |
| | | OF THE PUBLIC UTILITIES COMMISSION |
| 5 | | OF THE STATE OF CALIFORNIA |
| 6 | Dated: September 29, 2005 | *Randolph W. Deutsch* |
| 7 | | RANDOLPH W. DEUTSCH |
| | | SIDLEY AUSTIN BROWN & WOOD LLP |
| 8 | | Attorney for Intervenor/Defendant |
| 9 | | AT&T COMMUNICATIONS OF |
| | | CALIFORNIA, INC. |
| 10 | | |
| 11 | Dated: September 29, 2005 | *Jeffrey Rackow (by)* |
| | | MICHAEL B. DESANCTIS |
| 12 | | JENNER & BLOCK, LLC |
| 13 | | JEFFREY A. RACKOW |
| 14 | | Attorneys for Intervenors/Defendants |
| | | MCI WORLDCOM COMMUNICATIONS, |
| 15 | | INC. AND MCIMETRO ACCESS |
| | | TRANSMISSION SERVICES LLC |

18  PURSUANT TO STIPULATION, IT IS SO ORDERED.

20  Dated: _____, 2005

Hon. Thelton E. Henderson
UNITED STATES DISTRICT JUDGE