HENRY WEISSMANN (SBN 132418)
BURTON A. GROSS (SBN 166285)
JOHN P. HUNT (SBN 208941)
MUNGER, TOLLES & OLSON LLP
33 New Montgomery Street
Nineteenth Floor
San Francisco, CA 94105-9781
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

ELAINE M. DUNCAN (SBN 110889)
VERIZON CALIFORNIA INC.
711 Van Ness Ave #300
San Francisco, CA 94102
Telephone: (415) 474-0468
Facsimile: (415) 474-6546

Attorneys for Plaintiff,
VERIZON CALIFORNIA INC.

RANDOLPH W. DEUTSCH (SBN 58958)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 5000
San Francisco, CA 94105
Telephone: (415) 772-1280
Facsimile: (415) 397-4621

Attorneys for Intervenor/Defendant
AT&T COMMUNICATIONS OF
CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL R. PEEVEY, GEOFFREY F. BROWN, AND SUSAN P. KENNEDY, DIAN M. GRUENEICH, and JOHN BOHN in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals, <br><br> Defendants. <br><br> and <br><br> AT&T COMMUNICATIONS OF CALIFORNIA, INC., MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC, <br><br> Intervenors/Defendants. | CASE NO. C 03-02838 TEH <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT/INTERVENOR AT&T COMMUNICATIONS OF CALIFORNIA, INC., PURSUANT TO FRCP 41(a)(1)** <br><br> **The Honorable Thelton E. Henderson** |

1129823.1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Verizon California Inc. and Intervenor/Defendant AT&T Communications of California, Inc., HEREBY STIPULATE AND AGREE, by and through their designated counsel, that Intervenor/Defendant AT&T Communications of California, Inc. shall be voluntarily dismissed as a defendant in the above-captioned action without prejudice.

Dated: October 5, 2005

Respectfully submitted,

By: *[signature]*
BURTON A. GROSS

MUNGER, TOLLES & OLSON LLP

Attorneys for Plaintiff
VERIZON CALIFORNIA INC.

Dated: October 5, 2005

By: *[signature]*
RANDOLPH W. DEUTSCH

SIDLEY AUSTIN BROWN & WOOD LLP

Attorneys for Intervenor/Defendant
AT&T COMMUNICATIONS OF
CALIFORNIA, INC.

IT IS SO ORDERED
*[signature]*
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oct. 6, 2005

1129823.1

- 2 -