| | |
|---|---|
| HENRY WEISSMANN (SBN 132418)<br>BURTON A. GROSS (SBN 166285)<br>JOHN P. HUNT (SBN 208941)<br>MUNGER, TOLLES & OLSON LLP<br>33 New Montgomery Street<br>Nineteenth Floor<br>San Francisco, CA  94105-9781<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>ELAINE M. DUNCAN (SBN 110889)<br>VERIZON CALIFORNIA INC.<br>711 Van Ness Ave #300<br>San Francisco, CA 94102<br>Telephone:     (415) 474-0468<br>Facsimile:      (415) 474-6546<br><br>Attorneys for Plaintiff,<br>VERIZON CALIFORNIA INC. | JEFFREY A. RACKOW (pro hac vice)<br>MCI<br>1133 19th Street, N.W.<br>Washington, D.C.  20036<br>Telephone:     (202) 736-6933<br>Facsimile:      (202) 736-6072<br><br>MICHAEL B. DESANCTIS (pro hac vice)<br>JENNER & BLOCK, LLP<br>601 Thirteenth Street, N.W.<br>Washington, D.C.  20005<br>Telephone:     (202) 639-6000<br>Facsimile:      (202) 639-6066<br><br>Attorneys for Intervenors/Defendants<br>MCI WORLDCOM COMMUNICATIONS,<br>INC. AND MCIMETRO ACCESS<br>TRANSMISSION SERVICES LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERIZON CALIFORNIA INC.,<br><br>       Plaintiff,<br><br>v.<br><br>MICHAEL R. PEEVEY, GEOFFREY F. BROWN, AND SUSAN P. KENNEDY, DIAN M. GRUENEICH, and JOHN BOHN in their official capacities as Commissioners of the Public Utilities Commission of the State of California, and not as individuals,<br><br>       Defendants.<br><br>and<br><br>AT&T COMMUNICATIONS OF CALIFORNIA, INC., MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC,<br><br>       Intervenors/Defendants. | CASE NO. C 03-02838 TEH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANTS/ INTERVENORS MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC, PURSUANT TO FRCP 41(a)(1)**<br><br>**The Honorable Thelton E. Henderson** |

1132052.1

STIP. FOR VOL. DISMISSAL OF DEFENDANTS/
INTERVENORS MCI; C 03-02838 TEH

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Verizon California Inc. and Intervenors/Defendants MCI WORLDCOM Communications, Inc. and MCImetro Access Transmission Services LLC, HEREBY STIPULATE AND AGREE, by and through their designated counsel, that Intervenors/Defendants MCI WORLDCOM Communications, Inc. and MCImetro Access Transmission Services LLC shall be voluntarily dismissed as defendants in the above-captioned action without prejudice.

Dated: October 11, 2005

Respectfully submitted,

By: _____
BURTON A. GROSS

MUNGER, TOLLES & OLSON LLP

Attorneys for Plaintiff
VERIZON CALIFORNIA INC.

Dated: October 11, 2005

By: _____
JEFFREY A. RACKOW

MICHAEL B. DESANCTIS

Attorneys for Intervenors/Defendants
MCI WORLDCOM COMMUNICATIONS, INC. AND MCIMETRO ACCESS TRANSMISSION SERVICES LLC

IT IS SO ORDERED
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Oct. 12, 2005