1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | VERIZON CALIFORNIA INC.,                    | CASE NO. C 03-02838 TEH
12 |         Plaintiff,                          |
13 | v.                                          |
14 | MICHAEL R. PEEVEY, GEOFFREY F.              | **JOINT STIPULATION AND** [~~PROPOSED~~]
15 | BROWN, SUSAN P. KENNEDY, DIAN M.            | **ORDER REGARDING DEADLINE FOR**
   | GRUENEICH, AND JOHN BOHN in their           | **FILING PROPOSED JUDGMENT**
16 | official capacities as Commissioners of the |
   | Public Utilities Commission of the State of |
17 | California, and not as individuals,         |
18 |         Defendants,                         |

19
20
21
22
23
24
25
26
27
28

1       WHEREAS, on December 5, 2005, the Court in the above-entitled action issued its Order Granting In Part and Denying In Part Plaintiff's Motion For Partial Summary Adjudication ("December 5 Order").

      WHEREAS, the December 5 Order instructed the parties to meet and confer to determine whether the December 5 Order fully resolves the case and, if the parties so agree, to file a proposed judgment by December 15, 2005.

      WHEREAS, the December 5 Order further instructed that, in the event the parties do not agree that the December 5 Order fully resolves the case, the parties are to file a joint case management statement by January 23, 2006 and to attend a further case management conference on January 30, 2006 at 1:30 p.m.

      WHEREAS, parties mutually request additional time to further meet and confer to address this issue.

      THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST, by and thorough their respective counsel, as follows:

      1.     The deadline for determining whether to file and, if appropriate, for filing a proposed judgment shall be extended to January 6, 2006. The parties, however, may file any such judgment before that date, if agreement on this issue has been reached.

      2.     The schedule for a further case management conference and for the submission of a joint case management statement in the event the parties do not agree to entry of judgment shall remain as currently scheduled.

Dated: December 15, 2005             */s/ Burton A. Gross*

                                                BURTON A. GROSS
                                               MUNGER, TOLLES & OLSON LLP

                                               Attorneys for Plaintiff VERIZON CALIFORNIA INC.

1  Dated: December 15, 2005                  /s/ Kim Lippi
                                             KIM LIPPI
2                                            CALIFORNIA PUBLIC UTILITIES
                                             COMMISSION
3
                                             Attorney for Defendants COMMISSIONERS
4                                            OF THE PUBLIC UTILITIES COMMISSION
                                             OF THE STATE OF CALIFORNIA
5

6

7  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9  Dated:  ___December 15___, 2005           /s/ Thelton E. Henderson
                                             Hon. Thelton E. Henderson
10                                           UNITED STATES DISTRICT JUDGE